PROB 12B
(7/93)

Report Date: November 19, 2007

# United States District Court

### for the

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*



Name of Offender: Gordon Belknap                  Case Number: 2:02CR00109-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, U.S. District Court Judge

Date of Original Sentence: 06/18/2004             Type of Supervision: Supervised Release

Original Offense: Conspiracy to manufacture Over    Date Supervision Commenced: 06/29/2007
100 Marijuana Plants, 21 U.S.C. § 841 and 846;
Manufacture of Over 100 Marijuana Plants, 21 and
18 U.S.C. § 841(a)(1) and 2; Possession With Intent
to Distribute Marijuana, 21 and 18 U.S.C. § 841(a)(1)
and 2; Felon in Possession of a Firearm and
Ammunition, 18 U.S.C. § 922(g) and 924

Original Sentence: Prison - 42 Months; TSR - 60     Date Supervision Expires: 6/28/2012
Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

24  You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

25  You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

Prob 12B
**Re: Belknap, Gordon**
**November 19, 2007**
**Page 2**

## CAUSE

Based on the Unites States v. Stephens (9th Cir. 2005) case, probation is requesting the above noted modifications.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/19/07

Sam Najera
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
JFVS [X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

November 21, 2007
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

24   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

25   You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

Witness: _____   Signed: _____
         Samuel Najera                         Gordon Belknap
         U.S. Probation Officer                Probationer or Supervised Releasee

11-15-07
Date